ZANESVILLE CANAL AND MANUFACTURING COMPANY *v.* GRANGER's ADMINISTRATORS.

THIS cause was the same in the main question as the foregoing. Judgment for the plaintiffs.